B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Western District of Missouri | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Trilogy Development Company, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**43-1884364** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4600 Madison, Suite 1500**<br>**Kansas City, MO**<br>ZIP Code **64112** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Jackson** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**  (THIS SPACE IS FOR COURT USE ONLY)
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |

B1 (Official Form 1)(1/08)                  Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Trilogy Development Company, LLC** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>      Signature of Attorney for Debtor(s)        (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

     ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

     ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

| ■ | Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
|---|---|
| ☐ | There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐ | Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

| ☐ | Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
|---|---|

         _____
         (Name of landlord that obtained judgment)

         _____
         (Address of landlord)

| ☐ | Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
|---|---|
| ☐ | Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐ | Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(1/08) Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Trilogy Development Company, LLC** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ R. Pete Smith** _____
Signature of Attorney for Debtor(s)

**R. Pete Smith MO #35408**
Printed Name of Attorney for Debtor(s)

**McDowell, Rice, Smith & Buchanan, PC**
Firm Name

**605 W. 47th St.**
**Suite 350**
**Kansas City, MO 64112**
Address

**(816) 753-5400  Fax: (816) 753-9996**
Telephone Number

**May 15, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Larry A. Lunsford**
Signature of Authorized Individual

**Larry A. Lunsford**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**May 15, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

STATEMENT OF UNANIMOUS CONSENT
TO ACTION TAKEN IN LIEU OF A
SPECIAL MEETING OF THE SOLE MEMBER

OF

**TRILOGY DEVELOPMENT COMPANY, LLC**

The undersigned, being the Manager of Trilogy Devlopment Company, LLC ("LLC"), acting pursuant to the provisions of the Nevada Limited Liability Company Act and pursuant to Section 5.1 of the AMENDED AND RESTATED DECLARATION AND LIMITED LIABILITY COMPANY OPERATING AGREEMENT, does hereby consent to the adoption of, and does hereby adopt, the following resolutions and declares them to be in full force and effect.

> WHEREAS, the LLC is or likely will become unable to pay claims alleged to be due, and has been advised by counsel that it is necessary for the LLC to reorganize, and that such a reorganization may be effected in the best interests of the LLC and its creditors by filing a petition under Chapter 11, Title 11 of the United States Code.
>
> BE IT RESOLVED, that the Manager of the LLC be and hereby is authorized and empowered to execute petitions, instruments and other documents and pursue such proceedings as may be necessary to secure for the LLC any and all relief to which it may be entitled under Chapter 11, Title 11 of the United States Code, and that the Manager be and hereby is authorized and empowered to employ counsel to carry out the provisions of this resolution.
>
> BE IT FURTHER RESOLVED, that the LLC has elected to employ the law firm of McDowell Rice Smith & Buchanan, as counsel in the representation of the LLC in connection with all aspects of the Chapter 11 bankruptcy proceeding, to provide the law firm with a retainer prior to the filing of the Chapter 11 Petition, and to pay the law firm according to its rates for all services incurred and costs expended in such representation of the LLC.

Dated: May _14_, 2009.

_____
Larry Lunsford

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Missouri

In re   **Trilogy Development Company, LLC**                                    Case No. _____

                                        Debtor(s)                               Chapter   __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| AICCO, Inc.<br>P.O. Box 200455<br>Dallas, TX 75320-0455 | AICCO, Inc.<br>P.O. Box 200455<br>Dallas, TX 75320-0455 | Trade Debt | | 127,771.72 |
| BB Syndication Services, Inc.<br>ATTN: Loan Department<br>7700 Mineral Point Road, Suite 310<br>Madison, WI 53717 | BB Syndication Services, Inc.<br>ATTN: Loan Department<br>7700 Mineral Point Road, Suite 310<br>Madison, WI 53717 | | | 61,536,894.19<br><br>(0.00 secured) |
| Bernstein-Rein Advertising<br>4600 Madison, Suite 1500<br>Kansas City, MO 64112 | Bernstein-Rein Advertising<br>4600 Madison, Suite 1500<br>Kansas City, MO 64112 | Trade Debt | | 146,758.69 |
| BNIM, Inc.<br>106 W. 14th Street, Suite 200<br>Kansas City, MO 64105 | BNIM, Inc.<br>106 W. 14th Street, Suite 200<br>Kansas City, MO 64105 | Trade Debt | | 230,821.83 |
| Bryan Cave, LLP<br>P.O. Box 503089<br>Saint Louis, MO 63150-3089 | Bryan Cave, LLP<br>P.O. Box 503089<br>Saint Louis, MO 63150-3089 | Legal Services | | 824,538.33 |
| Domina Law Group PC<br>2425 S. 144th Street<br>Omaha, NE 68144-3267 | Domina Law Group PC<br>2425 S. 144th Street<br>Omaha, NE 68144-3267 | Legal Services | | 176,824.44 |
| Duncan Interiors, Inc.<br>d/b/a Duncan & Miller Design<br>1203 Dragon Street<br>Dallas, TX 75207 | Duncan Interiors, Inc.<br>d/b/a Duncan & Miller Design<br>1203 Dragon Street<br>Dallas, TX 75207 | Trade Debt | | 51,118.47 |
| E & J Specialty Contractor, Inc.<br>30310 East Allen Road<br>Buckner, MO 64016 | E & J Specialty Contractor, Inc.<br>30310 East Allen Road<br>Buckner, MO 64016 | Trade Debt | | 69,466.00 |
| Gould Evans Associates<br>4041 Mill Street<br>Kansas City, MO 64111 | Gould Evans Associates<br>4041 Mill Street<br>Kansas City, MO 64111 | Trade Debt | | 651,762.43 |
| Gyro Properties, LLC<br>4600 Madison, Suite 1500<br>Kansas City, MO 64112 | Gyro Properties, LLC<br>4600 Madison, Suite 1500<br>Kansas City, MO 64112 | Advance | | 213,500.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Trilogy Development Company, LLC** _____    Case No. _____
                                      Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| J.E. Dunn Construction Company<br>929 Holmes<br>Kansas City, MO 64106 | J.E. Dunn Construction Company<br>929 Holmes<br>Kansas City, MO 64106 | Litigation Claims | Disputed | 13,874,135.98 |
| Lewis Rice & Fingersh, LLC<br>1010 Walnut, Suite 500<br>Kansas City, MO 64106 | Lewis Rice & Fingersh, LLC<br>1010 Walnut, Suite 500<br>Kansas City, MO 64106 | Legal Services | | 47,779.50 |
| M&I Bank<br>800 West 47th Street<br>Kansas City, MO 64112 | M&I Bank<br>800 West 47th Street<br>Kansas City, MO 64112 | | | 31,940,000.00<br><br>(0.00 secured) |
| McCartan<br>416 West 13th Street, Suite 206<br>New York, NY 10014 | McCartan<br>416 West 13th Street, Suite 206<br>New York, NY 10014 | Trade Debt | | 90,420.81 |
| Miller Law Firm<br>4310 Madison Avenue<br>Kansas City, MO 64111 | Miller Law Firm<br>4310 Madison Avenue<br>Kansas City, MO 64111 | Legal Services | | 47,291.40 |
| Pathway Development Co., LLC<br>4600 Madison Avenue, Suite 1500<br>Kansas City, MO 64112 | Pathway Development Co., LLC<br>4600 Madison Avenue, Suite 1500<br>Kansas City, MO 64112 | Trade Debt | | 1,142,325.00 |
| Power Construction Services<br>P.O. Box 677<br>De Soto, KS 66018 | Power Construction Services<br>P.O. Box 677<br>De Soto, KS 66018 | Trade Debt | | 49,900.00 |
| Robert A. Bernstein<br>4600 Madison, Suite 1500<br>Kansas City, MO 64112 | Robert A. Bernstein<br>4600 Madison, Suite 1500<br>Kansas City, MO 64112 | Note Payable | | 3,982,787.95 |
| The Wackenhut Corporation<br>P.O. Box 277469<br>Atlanta, GA 30384-7469 | The Wackenhut Corporation<br>P.O. Box 277469<br>Atlanta, GA 30384-7469 | Trade Debt | | 85,690.09 |
| Walton Construction Co., LLC<br>3252 Roanoke<br>Kansas City, MO 64111 | Walton Construction Co., LLC<br>3252 Roanoke<br>Kansas City, MO 64111 | Trade Debt | | 3,261,018.36 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **May 15, 2009** _____    Signature  **/s/ Larry A. Lunsford** _____
                                                                     **Larry A. Lunsford**
                                                                     **Manager**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Missouri

In re  **Trilogy Development Company, LLC**  
Debtor(s)

Case No. _____  
Chapter __11__

## VERIFICATION OF MAILING MATRIX

The above-named Debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of my knowledge and includes the name and address of my ex-spouse (if any).

Date:  **May 15, 2009**

/s/ **Larry A. Lunsford**  
**Larry A. Lunsford/Manager**  
Signer/Title

A. T. Switzer Company
4720 Blue Parkway
Kansas City MO 64130


A. Zambataro Limited, Inc.
Certified Court Reporters
75 Gladwyne Ridge Drive
Milton GA 30004


A2MG, Inc.
4715 W. 40 Highway
Blue Springs MO 64015


AICCO, Inc.
P.O. Box 200455
Dallas TX 75320-0455


American Fire Sprinkler
6750 W. 47th Terrace
Mission KS 66203


Applied Technical Services, Inc.
1049 Triad Court
Marietta GA 30062


Audrie Seeley & Company, LLC
9300 Holmes
Kansas City MO 64131


BB Syndication Services, Inc.
ATTN: Loan Department
7700 Mineral Point Road, Suite 310
Madison WI 53717


Bernstein-Rein Advertising
4600 Madison, Suite 1500
Kansas City MO 64112


BNIM, Inc.
106 W. 14th Street, Suite 200
Kansas City MO 64105


Boardman Law Firm
P.O. Box 927
Madison WI 53701-0927

Bryan Cave, LLP
P.O. Box 503089
Saint Louis MO 63150-3089


CBIZ Accounting Tax & Advisory, Inc.
11440 Tomahawk Creek Parkway
Leawood KS 66211


Ceco Concrete Construction, LLC
9135 Barton
Overland Park KS 66214


Chantelle Denett
200 Delaware, Apt. 206
Kansas City MO 64105


D.H. Pace Door Services
218 E. 11th Avenue
Kansas City MO 64116


Domina Law Group PC
2425 S. 144th Street
Omaha NE 68144-3267


Duncan Interiors, Inc.
d/b/a Duncan & Miller Design
1203 Dragon Street
Dallas TX 75207


E & J Specialty Contractor, Inc.
30310 East Allen Road
Buckner MO 64016


E & K of Kansas City, Inc.
4600 Martha Truman Road
Grandview MO 64030


Emerald Light Techologies, Int
P.O. Box 413809
Kansas City MO 64141-3809


Enterprise Precast Concrete, Inc.
13800 Giles Road
Omaha NE 68138

Fields & Brown, LLC
1100 Main Street, Suite 1600
Kansas City MO 64102


Fleetwood Fine Furniture
75 Browns Line
Toronto ON M8W3S2 CA


Gemstone Resorts International, LLC
1912 Sidewinder Drive, Suite 104
Park City UT 84060


Goedecke Company
4101 Clayton Avenue
Saint Louis MO 63110


Gould Evans Associates
4041 Mill Street
Kansas City MO 64111


Granicor, Inc.
300, rue du Rotterdam
Saint-Augustin-de-Desmaures
Quebec G3A IT4 Canada


Gyro Properties, LLC
4600 Madison, Suite 1500
Kansas City MO 64112


Hayes Drilling, Inc.
15525 S. Mahaffie Street
Olathe KS 66062


Horn Aylward & Bandy, LLC
2600 Grand Boulevard, Suite 1100
Kansas City MO 64108


Hovey Williams, LLP
10801 Mastin Boulevard, Suite 1000
Overland Park KS 66210


INDOX Services, Inc.
P.O. Box 798080
Saint Louis MO 63179-8080

J.E. Dunn Construction Company
929 Holmes
Kansas City MO 64106


Jim Kidwell Construction Corp.
15919 S. Kidwell Road
Greenwood MO 64034


K.C. Gunite, Inc.
16207 Kentucky
Belton MO 64106


KCP&L
P.O. Box 219330
Kansas City MO 64121-9330


Konrath
1600 Genessee Street, Suite 340
Kansas City MO 64102


Lanier Parking Systems
420 Ward Parkway
Kansas City MO 64112


Lewis Rice & Fingersh, LLC
1010 Walnut, Suite 500
Kansas City MO 64106


Locke Hospitality Procurement
550 E. Devon Avenue, Suite 130
Itasca IL 60143


Lockton Companies, LLC
c/o Commerce Bank
P.O. Box 802707
Kansas City MO 64180-2707


M&I Bank
800 West 47th Street
Kansas City MO 64112


Marathon Reprographics, Inc.
d/b/a Marathon Digital Services
716 W. Pennway Street
Kansas City MO 64108

Mark One Electric Company, Inc.
909 Troost
Kansas City MO 64106


McCartan
416 West 13th Street, Suite 206
New York NY 10014


McCown Gordon Construction, LLC
422 Admiral Boulevard, Suite 100
Kansas City MO 64106


Metro Tile Contractors
10701 El Monte
Overland Park KS 66211


Miller Law Firm
4310 Madison Avenue
Kansas City MO 64111


Oppenheimer & Co., Inc.
4717 Grand Avenue, Suite 800
Kansas City MO 64112


Otis Elevator Company
1100 W. Cambridge Circle Drive
Kansas City KS 66105


Patent Construction - Harsco
Division of Harso Corporation
3811 North Gardner Avenue
Kansas City MO 64120


Pathway Development Co., LLC
4600 Madison Avenue, Suite 1500
Kansas City MO 64112


Poole Fire Protection, Inc.
19910 West 161st Street
Olathe KS 66062


Power Construction Services
P.O. Box 677
De Soto KS 66018

Progress Electric
13910 Century Lane
Grandview MO 64030


RED Development, LLC
4717 Central
Kansas City MO 64112


Rees Masilionis Turley
908 Broadway, 6th Floor
Kansas City MO 64105


Reproduction Systems, Inc.
P.O. Box 2133
Shawnee Mission KS 66201-2133


Robert A. Bernstein
4600 Madison, Suite 1500
Kansas City MO 64112


Rodriguez Mechanical Contractors, Inc.
541 S. 11 Street
Kansas City KS 66105


S & W Waterproofing, Inc.
6601 Universal Avenue
Kansas City MO 64120


Steven P. Boyd
d/b/a Construction Admin. Serv.
804 NE 71st Street
Gladstone MO 64118


Super Sky Products, Inc.
10301 N. Enterprise Drive
Mequon WI 53092


Tax Increment Financing
1100 Walnut, Suite 1700
Kansas City MO 64106


Thaler Metals USA, Inc.
2 Common Street, Suite 500
New Braunfels TX 78130

The Bratton Corporation
2801 East 85th Street
Kansas City MO 64132


The Fagan Company
3125 Brinkerhoff Road
Kansas City KS 66115


The Wackenhut Corporation
P.O. Box 277469
Atlanta GA 30384-7469


United Rentals North America, Inc.
P.O. Box 100711
Atlanta GA 30384-0711


Walton Construction Co., LLC
3252 Roanoke
Kansas City MO 64111


Ward-Roanoke Corporation
902 Ward Parkway
Kansas City MO 64112


Xact Data Discovery
5800 Foxridge Drive, Suite 406
Mission KS 66202-2338