## United States Trustee Program - Chapter 11
## Monthly Operating Report
## Region 13 - Western District of MO

**Case Name:** Trilogy Development Company, LLC

**Case Number:** 09-42219-11

**Reporting MM/DD/YY:** July 31, 2009

**Date Bankruptcy Filed:** May 15, 2009

Monthly Chapter 11 **Individual** Operating Report - used by all individuals to report personal/household activity.

Monthly Chapter 11 **Business** Operating Report - used to report ALL business activity.

United States Code
Title 18 Crimes and Criminal Procedures
18 U.S.C. SEC. 1001

Whoever, in any matter within the jurisdiction of any department or agency of the United States knowingly and willfully falsifies, conceals or covers up by any trick, scheme, or device a material fact, or makes any false, fictitious or fraudulent statements of representations, or makes or uses any false writing or document knowing the same to contain any false fictitious or fraudulent statement or entry, shall be fined not more than $250,000 or imprisoned no more than five (5) years, or both.

I certify under penalty of perjury that the operating report for above stated month and year is true and correct.

**Date Submitted:** 8/15/2009

**Signed:** *Larry A. Lunsford*

**Title:** Manager

**Printed Name:** Larry A. Lunsford

## BALANCE SHEET (assets)

Trilogy Development Company, LLC
09-42219-11
July 31, 2009
May 15, 2009

| | FILING DATE 05/15/09 | MONTH ENDING 05/31/09 | MONTH ENDING 06/30/09 | MONTH ENDING 07/31/09 | MONTH ENDING 08/31/09 | MONTH ENDING 09/30/09 | MONTH ENDING 10/31/09 | MONTH ENDING 11/30/09 | MONTH ENDING 12/31/09 |
|---|---|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | | | |
| Cash *(business accounts)* | 818,702.52 | 819,016.17 | 818,645.12 | 818,013.78 | - | - | - | - | - |
| Cash *(household accounts)* | - | - | - | - | - | - | - | - | - |
| Accounts Receivable (Sch A) | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | - | - | - | - | - |
| Inventory | - | - | - | - | - | - | - | - | - |
| Prepaid Expenses/Deposits | - | - | - | - | - | - | - | - | - |
| Other (restricted cash) | - | - | - | - | - | - | - | - | - |
| **TOTAL CURRENT ASSETS** | 823,702.52 | 824,016.17 | 823,645.12 | 823,013.78 | - | - | - | - | - |
| | | | | | | | | | |
| **FIXED ASSETS** | | | | | | | | | |
| Cost (Sch B) | 136,868,245.47 | 136,868,245.47 | 136,874,997.34 | 137,198,128.61 | - | - | - | - | - |
| Accumulated Depreciation | - | - | - | - | - | - | - | - | - |
| **NET BOOK VALUE** | 136,868,245.47 | 136,868,245.47 | 136,874,997.34 | 137,198,128.61 | - | - | - | - | - |
| | | | | | | | | | |
| **OTHER ASSETS** | 1,207.49 | 1,207.49 | 1,207.49 | 1,207.49 | - | - | - | - | - |
| | | | | | | | | | |
| **TOTAL ASSETS** | 137,693,155.48 | 137,693,469.13 | 137,699,849.95 | 138,022,349.88 | - | - | - | - | - |

Trilogy Development Company, LLC
09-42219-11
July 31, 2009
May 15, 2009

## BALANCE SHEET (liabilities & equity)

| | FILING DATE 05/15/09 | MONTH ENDING 05/31/09 | MONTH ENDING 06/30/09 | MONTH ENDING 07/31/09 | MONTH ENDING 08/31/09 | MONTH ENDING 09/30/09 | MONTH ENDING 10/31/09 | MONTH ENDING 11/30/09 | MONTH ENDING 12/31/09 |
|---|---|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | | | |
| Post Petition Debt (Sch C) | - | - | 6,374.74 | 329,341.62 | - | | - | - | - |
| | | | | | | | | | |
| **Pre Petition Debt** | | | | | | | | | |
| Secured | 93,726,706.41 | 93,726,706.41 | 93,726,706.41 | 93,726,706.41 | - | - | - | - | - |
| Unsecured Priority | - | - | - | - | - | - | - | - | - |
| Unsecured Non-Priority | 26,127,718.34 | 26,127,718.34 | 26,127,718.34 | 26,127,718.34 | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - |
| **TOTAL LIABILITIES** | 119,854,424.75 | 119,854,424.75 | 119,860,799.49 | 120,183,766.37 | - | - | - | - | - |
| | | | | | | | | | |
| **EQUITY** | | | | | | | | | |
| Preferred & Common Stock | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | - | - | - | - | - |
| Add'l Paid-In-Capital/Owner draws | 7,581,908.73 | 7,581,908.73 | 7,581,908.73 | 7,581,908.73 | - | - | - | - | - |
| Retained Earnings/Net Assets | | | | | | | | | |
| - through filing date | 10,255,822.00 | 10,255,822.00 | 10,255,822.00 | 10,255,822.00 | - | - | - | - | - |
| - post filing date | | 313.65 | 319.73 | (147.22) | | | | | |
| Individual Debtor Capital (Sole Proprietor) | | | | | | | | | |
| - through filing date (household net worth) | - | - | - | - | | | | | |
| - post filing date (*change* in household cash) | | | | | | | | | |
| **TOTAL EQUITY** | 17,838,730.73 | 17,839,044.38 | 17,839,050.46 | 17,838,583.51 | - | - | - | - | - |
| | | | | | | | | | |
| **TOTAL LIABILITIES & EQUITY** | 137,693,155.48 | 137,693,469.13 | 137,699,849.95 | 138,022,349.88 | - | - | - | - | - |

Trilogy Development Company, LLC
09-42219-11
July 31, 2009
May 15, 2009

# INCOME (LOSS) STATEMENT

| | FILING DATE thru MONTH END 05/31/09 | MONTH ENDING 06/30/09 | MONTH ENDING 07/31/09 | MONTH ENDING 08/31/09 | MONTH ENDING 09/30/09 | MONTH ENDING 10/31/09 | MONTH ENDING 11/30/09 | MONTH ENDING 12/31/09 |
|---|---|---|---|---|---|---|---|---|
| GROSS SALES | - | - | - | - | - | - | - | - |
| | | | | | | | | |
| **COST OF GOODS SOLD** | | | | | | | | |
| Materials | - | - | - | - | - | - | - | - |
| Direct Labor | - | - | - | - | - | - | - | - |
| Manufacturing Overhead | - | - | - | - | - | - | - | - |
| Total Cost of Goods Sold | - | - | - | - | - | - | - | - |
| | | | | | | | | |
| GROSS PROFIT | - | - | - | - | - | - | - | - |
| | | | | | | | | |
| **OPERATING EXPENSES** | | | | | | | | |
| Sales & Marketing | - | - | - | - | - | - | - | - |
| Executive & Mgmt Salaries | - | - | - | - | - | - | - | - |
| Office & Other Salaries | - | - | - | - | - | - | - | - |
| Fringe Benefits (pr taxes) | - | - | - | - | - | - | - | - |
| Rent | - | - | - | - | - | - | - | - |
| Travel & Entertainment | - | - | - | - | - | - | - | - |
| Attorney Fees | - | - | - | - | - | - | - | - |
| Insurance | - | - | - | - | - | - | - | - |
| Other Professional Fees | - | 216.00 | 325.00 | - | - | - | - | - |
| Dues & Subscriptions | - | - | - | - | - | - | - | - |
| Telecommunications | - | - | - | - | - | - | - | - |
| Office Supplies | - | - | 133.34 | - | - | - | - | - |
| Other (complete subsequent tab) | - | 16.85 | 8.61 | - | - | - | - | - |
| TOTAL OPERATING EXPENSES | - | 232.85 | 466.95 | - | - | - | - | - |
| | | | | | | | | |
| OPERATING INCOME (LOSS) | - | (232.85) | (466.95) | - | - | - | - | - |
| | | | | | | | | |
| **OTHER EXPENSES** | | | | | | | | |
| USTP Quarterly Fees | - | - | - | - | - | - | - | - |
| Depreciation & Amortization | - | - | - | - | - | - | - | - |
| Income Taxes | - | - | - | - | - | - | - | - |
| Interest (net) | - | - | - | - | - | - | - | - |
| TOTAL OTHER EXPENSES | - | - | - | - | - | - | - | - |
| | | | | | | | | |
| OTHER INCOME (Interest) | 313.65 | 238.93 | - | - | - | - | - | - |
| | | | | | | | | |
| NET INCOME (LOSS) | 313.65 | 6.08 | (466.95) | - | - | - | - | - |

319.73   (147.22)

note: Retained earnings post-filing date

| Trilogy Development Company, LLC 09-42219-11 July 31, 2009 May 15, 2009 | FILING DATE thru MONTH END 05/31/09 | MONTH ENDING 06/30/09 | MONTH ENDING 07/31/09 | OTHER EXPENSES MONTH ENDING 08/31/09 | MONTH ENDING 09/30/09 | MONTH ENDING 10/31/09 | MONTH ENDING 11/30/09 | MONTH ENDING 12/31/09 |
|---|---|---|---|---|---|---|---|---|
| Postage/Overnight Delivery | - | 6.87 | 8.61 | - | - | - | - | - |
| Bank Service Charges | - | 9.98 | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - |
| TOTAL OTHER EXPENSES | - | 16.85 | 8.61 | - | - | - | - | - |

# CASH FLOW STATEMENT

Trilogy Development Company, LLC
09-4219-11
July 31, 2009
May 15, 2009

| | MONTH ENDING 05/31/09 | MONTH ENDING 06/30/09 | MONTH ENDING 07/31/09 | MONTH ENDING 08/31/09 | MONTH ENDING 09/30/09 | MONTH ENDING 10/31/09 | MONTH ENDING 11/30/09 | MONTH ENDING 12/31/09 |
|---|---|---|---|---|---|---|---|---|
| Current Month 7/31 Cash *(business accounts)* | 819,016.17 | 818,645.12 | 818,013.78 | - | - | - | - | - |
| Prior Month 6/30 Cash *(business accounts)* | 818,702.52 | 819,016.17 | 818,645.12 | - | - | - | - | - |
| NET CASH INCREASE (DECREASE) | 313.65 | (371.05) | (631.34) | - | - | - | - | - |
| | | | | | | | | |
| **SOURCES (USES) OF CASH** | | | | | | | | |
| Net Income (Loss) | 313.65 | 6.08 | (466.95) | - | - | - | - | - |
| Add: Non-cash (dep & amort) | - | - | - | - | - | - | - | - |
| Cash Generated from Operations | 313.65 | 6.08 | (466.95) | - | - | - | - | - |
| | | | | | | | | |
| ADD: (enter as positive) | | | | | | | | |
| *Decrease in Assets* | | | | | | | | |
| Accounts Receivable | - | - | - | - | - | - | - | - |
| Inventory | - | - | - | - | - | - | - | - |
| Prepaid Expenses | - | - | - | - | - | - | - | - |
| Other Current Assets | - | - | - | - | - | - | - | - |
| Fixed Assets (Construction in Progress) | - | - | - | - | - | - | - | - |
| Other Assets | - | - | - | - | - | - | - | - |
| *Increase in Liabilities* | | | | | | | | |
| Post Petition Debt | - | 6,374.74 | 322,966.88 | - | - | - | - | - |
| Pre Petition Debt | - | - | - | - | - | - | - | - |
| | | | | | | | | |
| SUBTRACT: (enter as negative) | | | | | | | | |
| *Increase in Assets* | | | | | | | | |
| Accounts Receivable | - | - | - | - | - | - | - | - |
| Inventory | - | - | - | - | - | - | - | - |
| Prepaid Expenses | - | - | - | - | - | - | - | - |
| Other Current Assets | - | - | - | - | - | - | - | - |
| Fixed Assets (Construction in Progress) | - | (6,751.87) | (323,131.27) | - | - | - | - | - |
| Other Assets | - | - | - | - | - | - | - | - |
| *Decrease in Liabilities* | | | | | | | | |
| Post Petition Debt | - | - | - | - | - | - | - | - |
| Pre Petition Debt | - | - | - | - | - | - | - | - |
| | | | | | | | | |
| **TOTAL SOURCES (USES) OF CASH** | - | (377.13) | (164.39) | - | - | - | - | - |
| | | | | | | | | |
| **NET CASH INCREASE (DECREASE)** | 313.65 | (371.05) | (631.34) | - | - | - | - | - |

## Schedule of A/R AGING

Trilogy Development Company, LLC
09-42219-11
July 31, 2009
May 15, 2009

| | | TOTAL ACCOUNTS RECEIVABLE | 0 - 30 DAYS | 31 - 60 DAYS | 61 - 90 DAYS | 91 - 120 DAYS | OVER 120 DAYS |
|---|---|---|---|---|---|---|---|
| Filing Date | 15-May-09 | 5,000.00 | - | - | - | - | 5,000.00 |
| % of Total | | 1 | 0 | 0 | 0 | 0 | 1 |
| Month Ending | May-09 | 5,000.00 | - | - | - | - | 5,000.00 |
| % of Total | | 1 | 0 | 0 | 0 | 0 | 1 |
| Month Ending | June-09 | 5,000.00 | - | - | - | - | 5,000.00 |
| % of Total | | 1 | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Month Ending | July-09 | 5,000.00 | - | - | - | - | 5,000.00 |
| % of Total | | 1 | 0 | 0 | 0 | 0 | 1 |
| Month Ending | August-09 | - | - | - | - | - | - |
| % of Total | | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Month Ending | July-09 | - | - | - | - | - | - |
| % of Total | | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Month Ending | October-09 | - | - | - | - | - | - |
| % of Total | | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |

Trilogy Development Company, LLC
09-42219-11
July 31, 2009
May 15, 2009

## Schedule of FIXED ASSETS

| | FILING DATE 05/15/09 | MONTH ENDING 05/31/09 | MONTH ENDING 06/30/09 | MONTH ENDING 07/31/09 | MONTH ENDING 08/31/09 | MONTH ENDING 09/30/09 | MONTH ENDING 10/31/09 | MONTH ENDING 11/30/09 | MONTH ENDING 12/31/09 |
|---|---|---|---|---|---|---|---|---|---|
| Building (Construction in Progress) | 124,598,778.13 | 124,598,778.13 | 124,607,130.00 | 124,931,861.27 | - | - | - | - | - |
| Land (market value) | 11,900,000.00 | 11,900,000.00 | 11,900,000.00 | 11,900,000.00 | - | - | - | - | - |
| Improvements | - | - | - | - | - | - | - | - | - |
| Office Furniture & Equipment | - | - | - | - | - | - | - | - | - |
| Shop Machinery & Equipment | - | - | - | - | - | - | - | - | - |
| PC/Lan/Mainframe | - | - | - | - | - | - | - | - | - |
| Automobile | - | - | - | - | - | - | - | - | - |
| Boat/Airplane | - | - | - | - | - | - | - | - | - |
| Intangibles (Bond Issuance Costs) | 364,121.34 | 364,121.34 | 362,521.34 | 360,921.34 | - | - | - | - | - |
| Other _Trademarks_ | 5,346.00 | 5,346.00 | 5,346.00 | 5,346.00 | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - |
| TOTAL | 136,868,245.47 | 136,868,245.47 | 136,874,997.34 | 137,198,128.61 | - | - | - | - | - |

**Trilogy Development Company, LLC**
09-42219-11
July 31, 2009
May 15, 2009

## Schedule of POST PETITION DEBT

| | FILING DATE 05/15/09 | MONTH ENDING 05/31/09 | MONTH ENDING 06/30/09 | MONTH ENDING 07/31/09 | MONTH ENDING 08/31/09 | MONTH ENDING 09/30/09 | MONTH ENDING 10/31/09 | MONTH ENDING 11/30/09 |
|---|---|---|---|---|---|---|---|---|
| **TRADE ACCOUNTS PAYABLE** | - | - | 6,374.74 | 25,642.48 | - | - | - | - |
| **TAXES PAYABLE** | | | | | | | | |
| Federal payroll taxes | - | - | - | - | - | - | - | - |
| State payroll taxes | - | - | - | - | - | - | - | - |
| Local payroll taxes | - | - | - | - | - | - | - | - |
| State sales taxes | - | - | - | - | - | - | - | - |
| Real taxes/personal prop. taxes | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - |
| **TOTAL TAXES PAYABLE** | - | - | - | - | - | - | - | - |
| **OTHER LIABILITIES** | | | | | | | | |
| Post petition secured debt (DIP Loan) | - | - | - | 302,435.61 | - | - | - | - |
| Accrued interest payable | - | - | - | 1,263.53 | - | - | - | - |
| Other | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - |
| **TOTAL OTHER LIABILITIES** | - | - | - | 303,699.14 | - | - | - | - |
| **TOTAL POST PETITION DEBT** | - | - | 6,374.74 | 329,341.62 | - | - | - | - |

Trilogy Development Company, LLC
09-42219-11
July 31, 2009
May 15, 2009

## Summary of SIGNIFICANT ITEMS

1. **INSURANCE COVERAGE**

**Agent: Lockton Companies**

444 West 47th Street, Kansas City, MO 64112

| | Carrier or Agent Name | Amount of Coverage | Policy Expiration Date | Premium Paid thru Date |
|---|---|---|---|---|
| Workers' Compensation | | | | |
| General Liability | Westchester | $1 mil/$2 mil | 11/23/10 | 06/23/09 |
| Primary Excess Liability (Umbrella) | Navigators | $10 mil | 11/23/10 | 06/23/09 |
| Excess Liability | Axis | $10 mil X $10 mil | 11/23/10 | 06/23/09 |
| Excess Liability | American Guarantee & Liability | $30 mil X $20 mil | 11/23/10 | 06/23/09 |
| Automobile Liability | | | | |
| Automobile Collision | | | | |
| Errors & Omissions | | | | |
| Directors & Officers | | | | |
| Crime/Employee Theft | | | | |
| Other - Builder's Risk | Travelers | $110 mil | 10/29/09 | 10/29/09 |
| Other _____ | | | | |

2. **PAYMENTS to SECURED CREDITORS**

| Payee | Description | Current Month Amount Paid | Total Paid Post Petition |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Trilogy Development Company, LLC
09-42219-11
July 31, 2009
May 15, 2009

## 3. PAYMENTS to TAX ENTITIES (Current Month)

# Summary of SIGNIFICANT ITEMS

| | Date Paid | Amount Paid | Post Petition Taxes Unpaid |
|---|---|---|---|
| Federal Payroll Taxes* | | | |
| Federal Payroll Taxes* | | | |
| Federal Payroll Taxes* | | | |
| Federal Payroll Taxes* | | | |
| Federal Payroll Taxes* | | | |
| FUTA | | | |
| State Payroll Taxes withheld | | | |
| SUTA | | | |
| State Sales & Use Taxes | | | |
| Property Taxes | | | |
| Other | | | |

*Includes employee Federal Income Taxes withheld, employee FICA taxes withheld, employee Medicare taxes withheld, employer FICA match and employer Medicare match.

## 4. PAYMENTS of COMPENSATION (Current Month)

| Name | Amount | Date of Court Order |
|---|---|---|
| None | | |
| | | |
| | | |
| | | |
| | | |

List all payments made ot owners of proprietorships; partners of partnerships; officers, directors and shareholders of corporations

Trilogy Development Company, LLC
09-42219-11
July 31, 2009
May 15, 2009

# Summary of SIGNIFICANT ITEMS

## 5. PAYMENTS to PROFESSIONALS (Current Month)

| Name | Amount | Date of Court Order |
|---|---|---|
| None | | |
| | | |
| | | |
| | | |
| | | |

## 6. RECORD of DISBURSEMENTS AND PAYMENTS of QUARTERLY FEES

| Period Ending | Total Disbursements | Quarterly Total | Quarterly Fee | Date Paid | Amount Paid | Check Number |
|---|---|---|---|---|---|---|
| January | - | | | | | |
| February | - | - | | | | |
| March | - | - | | | | |
| April | - | | | | | |
| May | - | | | | | |
| June | - | 325 | $ | 07/27/09 | 325 | 3011 |
| July | 91,583.95 | 91,583.95 | | | | |
| August | - | | | | | |
| September | - | | | | | |
| October | - | | | | | |
| November | - | | | | | |
| December | - | - | | | | |

| Quarterly Disbursement Range | | | Fee Due |
|---|---|---|---|
| $ - | $ | 14,999.99 | $ 325 |
| $ 15,000.00 | $ | 74,999.99 | $ 650 |
| $ 75,000.00 | $ | 149,999.99 | $ 975 |
| $ 150,000.00 | $ | 224,999.99 | $ 1,625 |
| $ 225,000.00 | $ | 299,999.99 | $ 1,950 |
| $ 300,000.00 | $ | 999,999.99 | $ 4,875 |

| Quarterly Disbursement Range | | | Fee Due |
|---|---|---|---|
| $ 1,000,000.00 | $ | 1,999,999.99 | $ 6,500 |
| $ 2,000,000.00 | $ | 2,999,999.99 | $ 9,750 |
| $ 3,000,000.00 | $ | 4,999,999.99 | $ 10,400 |
| $ 5,000,000.00 | $ | 14,999,999.99 | $ 13,000 |
| $ 15,000,000.00 | $ | 29,999,999.99 | $ 20,000 |
| $ 30,000,000.00 | or more | | $ 30,000 |

| Trilogy Development Company, LLC | 09-42219-11 | | July 31, 2009 | May 15, 2009 |
|---|---|---|---|---|

## Bank Reconciliation

| Bank Name | US Bank (acct #1-455-9101-8232) | Account Name | Trilogy Development Company |
|---|---|---|---|
| Balance per Books - beginning of month (7/1/09) | - | Balance per Bank Stmt - end of month (7/31/09) | - |
| Deposits | - | Deposit in Transit | |
| Transfers In | - | | |
| Add: Total Debits | | Total in Transit | - |
| Checks | - | Outstanding Checks | |
| Bank Charges | | | |
| Transfers Out | | | |
| Less: Total Credits | - | Less: Total Outstanding | - |
| Balance per Books - end of month (7/31/09) | - | Balance per bank - reconciled | - |

| Number | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total | $ - |

### Checks Outstanding

| Number | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |



**Business Statement**
Account Number:
1 455 9101 8232
Statement Period:
Jul. 1 , 2009
through
Jul. 31, 2009

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

9238        TRC                              Y     ST01

Page 1 of 1



|||||||||||||||||||||||||||||||||||||||||||||||||||||||||
000107027 1 AT 0.357 106481272531239 P
TRILOGY DEVELOPMENT COMPANY LLC
4600 MADISON AVE STE 1500
KANSAS CITY  MO 64112-3016

☎                                   *To Contact U.S. Bank*

**Commercial Customer
Service:**                                  *1-866-329-7770*

**Telecommunications Device
for the Deaf:**                             *1-800-685-5065*

**Internet:**                               *usbank.com*

---

## ANALYZED CHECKING
U.S. Bank National Association                                                  *Member FDIC*
### Account Summary                                          **Account Number  1-455-9101-8232**

|                                  | # Items |    |      |
|----------------------------------|---------|----|------|
| Beginning Balance on  Jul. 1     |         | $  | 0.00 |
| **Ending Balance on  Jul. 31, 2009** |     | $  | 0.00 |

---

**Other Withdrawals**

| Date   | Description of Transaction | Ref Number |    | Amount |
|--------|----------------------------|------------|----|--------|
| Jul.  1 | Account Closed             |            | $  | 0.00-  |
|        | **Total Other Withdrawals** |           | $  | 0.00-  |

---

**Balance Summary**

| Date   | Ending Balance |
|--------|----------------|
| Jul.  1 | 0.00          |

Balances only appear for days reflecting change.

| Trilogy Development Company, LLC | 09-42219-11 | July 31, 2009 | May 15, 2009 |
|---|---|---|---|

## Bank Reconciliation

| Bank Name | | Account Name | |
|---|---|---|---|

**Balance per Books - beginning of month (7/1/09)** — US Bank (DIP acct #1-455-9101-2367)   1,967.91   | **Balance per Bank Stmt - end of month (7/31/09)**   2,333.11

| | | |
|---|---|---|
| Deposits | 91,490.81 | Deposit in Transit |
| Transfers In | - | |
| Add: Total Debits | 91,490.81 | Total in Transit |
| | | |
| Checks | 91,583.95 | Outstanding Checks   $   458.34 |
| Bank Charges | | |
| Transfers Out | | |
| Less: Total Credits | (91,583.95) | Less: Total Outstanding   (458.34) |
| **Balance per Books - end of month (7/31/09)** | **1,874.77** | **Balance per bank - reconciled**   **1,874.77** |

**Checks Outstanding**

| Number | Amount | | Number | Amount |
|---|---|---|---|---|
| 3008 | 133.34 | | | |
| 3011 | 325.00 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Total | $ 458.34 |



**US bank.**
*Five Star Service Guaranteed* ☺

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

9238            10            Y    ST01

**Business Statement**
Account Number:
1 455 9101 2367
Statement Period:
Jul. 1 , 2009
through
Jul. 31, 2009

Page 1 of 2



```
000002107 1 SP    106481272150430 P
TRILOGY DEVELOPMENT COMPANY LLC
DEBTOR-IN-POSSESSION
CASE NO. 09-42219-11
4600 MADISON AVE STE 1500
KANSAS CITY  MO 64112-3016
```

☎                    *To Contact U.S. Bank*

*Commercial Customer
Service:*                1-866-329-7770

*Telecommunications Device
for the Deaf:*            1-800-685-5065

*Internet:*                usbank.com

---

## ANALYZED CHECKING
U.S. Bank National Association

*Member FDI*
Account Number **1-455-9101-2367**

### Account Summary

|  | # Items |  | |
|---|---|---|---|
| Beginning Balance on  Jul. 1 |  | $ | 1,967.91 |
| Customer Deposits | 1 |  | 538.20 |
| Other Deposits | 3 |  | 90,971.15 |
| Other Withdrawals | 1 |  | 18.54- |
| Checks Paid | 9 |  | 91,125.61- |
| **Ending Balance on  Jul. 31, 2009** |  | **$** | **2,333.11** |

### Customer Deposits

| Number | Date | Ref Number | Amount |
|---|---|---|---|
|  | Jul.   1 | 2524756478 | 538.20 ✓ |

|  |  | Total Customer Deposits | $ | 538.20 |
|---|---|---|---|---|

### Other Deposits

| Date | Description of Transaction |  | Ref Number | Amount |
|---|---|---|---|---|
| Jul.   10 | Wire Credit REF003205 | BANKERS MADISON    090710025454 | $ | 6,151.87 |
|  | ORG=BANKERS' BANK |  |  |  |
| Jul.   15 | TPS MISC CREDIT | ANALYSIS SER |  | 18.54 |
| Jul.   24 | Wire Credit REF001737 | BANKERS MADISON    090724017295 |  | 84,800.74 |
|  | ORG=BANKERS' BANK 7700 | MINERAL POINT RD |  |  |

|  |  | Total Other Deposits | $ | 90,971.15 |
|---|---|---|---|---|

### Other Withdrawals

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| Jul.   14 | Analysis Service Charge | 1400000000 | $    18.54 |

|  | Total Other Withdrawals | $ | 18.54 |
|---|---|---|---|

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 3002 | Jul.   17 | 2528044274 | 155.37 | 3007 | Jul.   30 | 9393499261 | 38,047.50 |
| 3003 | Jul.   17 | 8894407145 | 2,270.80 | 3009* | Jul.   30 | 8993045675 | 2,227.84 |
| 3004 | Jul.   24 | 9391890814 | 768.00 | 3010 | Jul.   30 | 9393497330 | 5,893.20 |
| 3005 | Jul.   16 | 9398491533 | 2,957.70 | 3012* | Jul.   29 | 9393209452 | 38,589.20 |
| 3006 | Jul.   20 | 9390464082 | 216.00 |  |  |  |  |

| * Gap in check sequence |  | Conventional Checks Paid ( 9 ) | $ | 91,125.61 |
|---|---|---|---|---|



TRILOGY DEVELOPMENT COMPANY LLC
DEBTOR-IN-POSSESSION
CASE NO. 09-42219-11
4600 MADISON AVE STE 1500
KANSAS CITY  MO 64112-3016

**Business Statement**

Account Number
1 455 9101 2367
Statement Period
Jul. 1 , 2009
through
Jul. 31, 2009



Page 2 of 2

## ANALYZED CHECKING                                                                (CONTINUED
U.S. Bank National Association                                              **Account Number 1-455-9101-2367**

### Balance Summary

| Date | | Ending Balance | Date | | Ending Balance | Date | | Ending Balance |
|------|---|---|------|---|---|------|---|---|
| Jul. | 1 | 2,506.11 | Jul. | 16 | 5,700.28 | Jul. | 29 | 48,501.65 |
| Jul. | 10 | 8,657.98 | Jul. | 17 | 3,274.11 | Jul. | 30 | 2,333.11 |
| Jul. | 14 | 8,639.44 | Jul. | 20 | 3,058.11 | | | |
| Jul. | 15 | 8,657.98 | Jul. | 24 | 87,090.85 | | | |

Balances only appear for days reflecting change.

| Trilogy Development Company, LLC | 09-42219-11 | July 31, 2009 | May 15, 2009 |

## Bank Reconciliation

| Bank Name | Account Name |
| --- | --- |
| M&I Bank (acct #43300235) | Trilogy Development Company |

| | | | |
| --- | --- | --- | --- |
| Balance per Books - beginning of month (7/1/09) | | Balance per Bank Stmt - end of month (7/31/09) | 538.20 |
| Deposits | | Deposit in Transit | |
| Transfers In | | | |
| Add: Total Debits | - | Total In Transit | |
| Checks | | Outstanding Checks | |
| Bank Charges | - | | |
| Transfers Out (to close acct.) | 538.20 | | |
| Less: Total Credits | (538.20) | Less: Total Outstanding | - |
| Balance per Books - end of month (7/31/09) | - | Balance per bank - reconciled | - |

**Checks Outstanding**

| Number | Amount |
| --- | --- |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| Number | Amount |
| --- | --- |
| | |
| | |
| | |
| | |
| | |
| | |
| Total | $ - |

 BANK

M&I MARSHALL & ILSLEY BANK
P O BOX 2045
MILWAUKEE WI 53201-2045
www.mibank.com

0043300235
(2)

Page 1 of 2

Call 414-259-9929
or 1-888-464-5463
For 24-Hour Account
Information or
Current Rates

098-0660030-00020-0
TRILOGY DEVELOPMENT CO LLC
4600 MADISON AVE SUITE 1500
KANSAS CITY MO 64112-3016

Statement Closing Date
July 2, 2009

**BUSINESS CHECKING**  Account no. 43300235                                          Analysis Type: 71481

**Activity on your account**

| Date | Deposits | Checks/Charges | Description |
|------|----------|----------------|-------------|
| Jul 1 | | 538.20 | CHECK |
| | 0.00 | 538.20 | Totals |
| Average Ledger Balance | 0.00 | | |
| Beginning Balance | 538.20 | Ending Balance | 0.00 |

**Daily Balances**

Jun 30    538.20    Jul 1    0.00

* * * * This Account Has Been Closed * * * *

Thank you for banking at M&I MARSHALL & ILSLEY BANK member FDIC.

21

# Bank Reconciliation

| Trilogy Development Company, LLC | 09-42219-11 | July 31, 2009 | May 15, 2009 |
|---|---|---|---|
| **Bank Name** | | **Account Name** | |
| Johnson Bank (acct #1001436768) | | Trilogy Development Company (7/31/09) | Trilogy Development Company |

| Balance per Books - beginning of month (7/1/09) | 697,903.43 | | Balance per Bank Stmt - end of month (7/31/09) | 697,903.43 |
|---|---|---|---|---|
| Deposits | 0 | | Deposit in Transit | |
| Transfers In | | | | |
| Add: Total Debits | - | | Total in Transit | - |
| Checks | | | Outstanding Checks | |
| Bank Charges | | | | |
| Transfers Out | | | | |
| Less: Total Credits | - | | Less: Total Outstanding | - |
| **Balance per Books - end of month (7/31/09)** | 697,903.43 | | **Balance per bank - reconciled** | 697,903.43 |

**Checks Outstanding**

| Number | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

| Number | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| Total | $ - |



# JOHNSON
# BANK.

Page:  1
1001436768
(0)

Last statement: June 30, 2009
This statement: July 31, 2009
Total days in statement period: 31

Johnson Bank
5133 W. Terrace Dr.
Madison WI 53718-8636

TRILOGY DEVELOPMENT COMPANY LLC
BY FIRST AMERICAN TITLE AS ESCROW AGENT
DEBTOR-IN-POSSN CH 11 CASE#09-42219-11
10 W MIFFLIN ST SUITE 302
MADISON WI 53703

Like family, Johnson Bank values our relationship with you. Whether your needs involve banking, investments, insurance or trust, we want to do more for you by offering the best products and services to meet your financial goals.

For personal assistance, call: Sandra Bruhn, 608-240-1900

### Summary of Account Balances

| | | | |
|---|---|---|---|
| 1001436768 | Small Business Checking Lev. 1 | $ | 697,903.43 |

## Small Business Checking Lev. 1

**Account:** 1001436768

Statement Period from 06-30-09 through 07-31-09

| | | |
|---|---|---|
| Starting Balance | | 697,903.43 |
| Deposits | + | .00 |
| Checks & Withdrawals | - | .00 |
| Service Fees | - | .00 |
| Ending Balance | = | 697,903.43 |

## Daily Account Balance

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 06-30 | 697,903.43 | 07-31 | 697,903.43 | | |

| Trilogy Development Company, LLC | 09-42219-11 | July 31, 2009 | May 15, 2009 |
|---|---|---|---|
| | **Bank Reconciliation** | | |
| **Bank Name** | Commerce Bank (acct #80-0602-04-7) | **Account Name** | Trilogy Development Company |
| **Balance per Books - beginning of month (7/1/09)** | 118,212.77 | **Balance per Bank Stmt - end of month (7/31/09)** | 118,212.77 |
| Deposits | 0 | Deposit in Transit | |
| Transfers In | | | |
| Add: Total Debits | - | Total in Transit | - |
| Checks | | Outstanding Checks | |
| Bank Charges | 0 | | |
| Transfers Out | | | |
| Less: Total Credits | - | Less: Total Outstanding | - |
| **Balance per Books - end of month (7/31/09)** | 118,212.77 | **Balance per bank - reconciled** | 118,212.77 |

**Checks Outstanding**

| Number | Amount | | Number | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Total | $    - |



**The Commerce Trust Company**
A division of Commerce Bank, N.A.

SUMMARY OF ACCOUNT
FOR PERIOD 07/01/09 TO 07/31/09                                    PAGE    1

ACCOUNT NO. 80-0602-04-7

INDUSTRIAL DEVELOPMENT AUTHORITY
OF KANSAS CITY MISSOURI TAXABLE
VERIABLE RATE DEMAND REVENUE BONDS
WEST EDGE PROJECT SERIES 2006
PROJECT ACCOUNT

| | INCOME CASH | PRINCIPAL CASH | ASSET CARRYING VALUE |
|---|---|---|---|
| BALANCES AT BEGINNING OF PERIOD | 763,449.44 | 763,449.44- | 118,212.77 |
| INCOME AND RECEIPTS | | | |
| INCOME FROM INVESTMENTS | 4.26 | .00 | |
| PROCEEDS ON SALES/MATURITIES | .00 | 20.03 | 20.03- |
| TOTAL INCOME AND RECEIPTS | 4.26 * | 20.03 * | 20.03-* |
| DISBURSEMENTS AND EXPENSES | | | |
| FEES | 4.26- | .00 | |
| COST OF ASSETS PURCHASED | .00 | 20.03- | 20.03 |
| TOTAL DISBURSEMENTS AND EXPENSES | 4.26-* | 20.03-* | 20.03 * |
| BALANCES AT END OF PERIOD | 763,449.44 ** | 763,449.44-** | 118,212.77 ** |

1000161 0002163/0022  0016 8933-4022

ASSET REVIEW
AS OF 07/31/09

PAGE 2

ACCOUNT NO. 80-0602-04-7   INDUSTRIAL DEVELOPMENT AUTHORITY
OF KANSAS CITY MISSOURI TAXABLE
VERIABLE RATE DEMAND REVENUE BONDS
WEST EDGE PROJECT SERIES 2006
PROJECT ACCOUNT

|  | COST BASIS | MARKET VALUE | % OF TOTAL | ESTIMATED ANNUAL INCOME | % YIELD AT MARKET |
|---|---|---|---|---|---|
| CASH & CASH EQUIVALENTS | 118,212.77 | 118,212.77 | 100.00 | 13 | 0.01 |
| TOTAL INVESTMENTS | 118,212.77 | 118,212.77 | 100.00 | 13 | 0.01 |



**The Commerce Trust Company**
*A division of Commerce Bank, N.A.*

PAGE   3

ASSET REVIEW
AS OF   07/31/09

ACCOUNT NO. 80-0602-04-7

INDUSTRIAL DEVELOPMENT AUTHORITY
OF KANSAS CITY MISSOURI TAXABLE
VERIABLE RATE DEMAND REVENUE BONDS
WEST EDGE PROJECT SERIES 2006
PROJECT ACCOUNT

| UNITS | | COST BASIS UNIT PRICE | MARKET VALUE UNIT PRICE | % YIELD AT MARKET | ESTIMATED ANNUAL INCOME |
|---|---|---|---|---|---|
| | CASH & CASH EQUIVALENTS | | | | |
| 118,212.770 | FINANCIAL SQUARE TR GOVERNMENT FD ADMIN CL FUND 466 | 118,212.77 1.000 | 118,212.77 1.000 | 0.01 | 13 |
| | INCOME CASH | 763,449.44 | 763,449.44 | 0.00 | 0 |
| | PRINCIPAL CASH | 763,449.44- | 763,449.44- | 0.00 | 0 |
| | TOTAL CASH & CASH EQUIVALENTS | 118,212.77 | 118,212.77 | 0.01 | 13* |
| | TOTAL ACCOUNT VALUE | 118,212.77 | 118,212.77 | 0.01 | 13** |

1008101 0002104 0022   0017 6933-4022

STATEMENT OF ACCOUNT
FOR PERIOD 07/01/09 TO 07/31/09                                    PAGE    4

ACCOUNT NO. 80-0602-04-7

INDUSTRIAL DEVELOPMENT AUTHORITY
OF KANSAS CITY MISSOURI TAXABLE
VERIABLE RATE DEMAND REVENUE BONDS
WEST EDGE PROJECT SERIES 2006
PROJECT ACCOUNT

| DATE | DESCRIPTION | INCOME CASH | PRINCIPAL CASH | ASSET CARRYING VALUE |
|------|-------------|-------------|----------------|----------------------|
| 07/01/09 | BALANCES AT BEGINNING OF PERIOD | 763,449.44 | 763,449.44- | 118,212.77 |
| 07/01/09 | INT TO 06/30/09<br>FINANCIAL SQUARE TR GOVERNMENT FD<br>ADMIN CL FUND 466 | 4.26 | | |
| 07/01/09 | AUTOMATED CASH MANAGEMENT FEE | 24.29- | | |
| 07/01/09 | SOLD 20.03 UNITS @ 1<br>FINANCIAL SQUARE TR GOVERNMENT FD | | 20.03 | 20.03- |
| 07/07/09 | REFUND EXCESS AUTOMATED CASH<br>MANAGEMENT FEE TAKEN 07/01/09 | 20.03 | | |
| 07/07/09 | PURCHASED 20.03 UNITS @ 1<br>FINANCIAL SQUARE TR GOVERNMENT FD | | 20.03- | 20.03 |
| 07/31/09 | BALANCES AT END OF PERIOD | 763,449.44 ** | 763,449.44-** | 118,212.77 ** |

| Trilogy Development Company, LLC | 09-42219-11 | July 31, 2009 | May 15, 2009 |
|---|---|---|---|

## Bank Reconciliation

| Bank Name | Account Name |
|---|---|
| Commerce Bank (acct #80-0602-05-4) | Trilogy Development Company |

| | | | |
|---|---|---|---|
| Balance per Books - beginning of month (7/1/09) | 22.81 | Balance per Bank Stmt - end of month (7/31/09) | 22.81 |
| Deposits | | Deposit in Transit | |
| Transfers In | | | |
| Add: Total Debits | - | Total in Transit | |
| Checks | | Outstanding Checks | |
| Bank Charges | | | |
| Transfers Out | | | |
| Less: Total Credits | - | Less: Total Outstanding | - |
| Balance per Books - end of month (7/31/09) | 22.81 | Balance per bank - reconciled | 22.81 |

### Checks Outstanding

| Number | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| Number | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total | $ - |

**The Commerce Trust Company**
A division of Commerce Bank, N.A.

SUMMARY OF ACCOUNT
FOR PERIOD 07/01/09 TO 07/31/09                                    PAGE    1

ACCOUNT NO. 80-0602-05-4

INDUSTRIAL DEVELOPMENT AUTHORITY
OF KANSAS CITY MISSOURI TAXABLE
VARIABLE RATE DEMAND REVENUE BONDS
WEST EDGE PROJECT SERIES 2006
REDEMPTION ACCOUNT

| | INCOME CASH | PRINCIPAL CASH | ASSET CARRYING VALUE |
|---|---|---|---|
| BALANCES AT BEGINNING OF PERIOD | 312.45 | 312.45- | 22.81 |
| BALANCES AT END OF PERIOD | 312.45 ** | 312.45-** | 22.81 ** |

1000181 0002188/0022  0021 8933-4822

ASSET REVIEW
AS OF  07/31/09

PAGE    2

ACCOUNT NO. 80-0602-05-4    INDUSTRIAL DEVELOPMENT AUTHORITY
OF KANSAS CITY MISSOURI TAXABLE
VARIABLE RATE DEMAND REVENUE BONDS
WEST EDGE PROJECT SERIES 2006
REDEMPTION ACCOUNT

|  | COST BASIS | MARKET VALUE | % OF TOTAL | ESTIMATED ANNUAL INCOME | % YIELD AT MARKET |
|---|---|---|---|---|---|
| CASH & CASH EQUIVALENTS | 22.81 | 22.81 | 100.00 | 0 | 0.01 |
| TOTAL INVESTMENTS | 22.81 | 22.81 | 100.00 | 0 | 0.01 |

# The Commerce Trust Company
*A division of Commerce Bank, N.A.*

ASSET REVIEW
AS OF  07/31/09

PAGE   3

ACCOUNT NO. 80-0602-05-4

INDUSTRIAL DEVELOPMENT AUTHORITY
OF KANSAS CITY MISSOURI TAXABLE
VARIABLE RATE DEMAND REVENUE BONDS
WEST EDGE PROJECT SERIES 2006
REDEMPTION ACCOUNT

| UNITS | | COST BASIS<br>UNIT PRICE | MARKET VALUE<br>UNIT PRICE | % YIELD<br>AT MARKET | ESTIMATED<br>ANNUAL INCOME |
|---|---|---|---|---|---|
| **CASH & CASH EQUIVALENTS** | | | | | |
| 22.810 | FINANCIAL SQUARE TR GOVERNMENT FD<br>ADMIN CL FUND 466 | 22.81<br>1.000 | 22.81<br>1.000 | 0.01 | 0 |
| | INCOME CASH | 312.45 | 312.45 | 0.00 | 0 |
| | PRINCIPAL CASH | 312.45- | 312.45- | 0.00 | 0 |
| | **TOTAL CASH & CASH EQUIVALENTS** | 22.81 | 22.81 | 0.01 | 0* |
| | **TOTAL ACCOUNT VALUE** | 22.81 | 22.81 | 0.01 | 0** |

1000181 0002169/0022  0022 8933-4022

STATEMENT OF ACCOUNT
FOR PERIOD 07/01/09 TO 07/31/09                        PAGE    4

ACCOUNT NO. 80-0602-05-4

INDUSTRIAL DEVELOPMENT AUTHORITY
OF KANSAS CITY MISSOURI TAXABLE
VARIABLE RATE DEMAND REVENUE BONDS
WEST EDGE PROJECT SERIES 2006
REDEMPTION ACCOUNT

| DATE | DESCRIPTION | INCOME CASH | PRINCIPAL CASH | ASSET CARRYING VALUE |
|------|-------------|-------------|----------------|----------------------|
| 07/01/09 | BALANCES AT BEGINNING OF PERIOD | 312.45 | 312.45- | 22.81 |
| 07/31/09 | BALANCES AT END OF PERIOD | 312.45 ** | 312.45-** | 22.81 ** |