**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| *In re:* ) | |
| ) | |
| TRILOGY DEVELOPMENT ) | Case No. 09-42219-DRD-11 |
| COMPANY, LLC, ) | |
| ) | Chapter 11 Proceeding |
| Debtor.   ) | |

**WALTON CONSTRUCTION COMPANY, L.L.C.'S**
**NOTICE OF CONTINUED PERFECTION OF MECHANIC'S LIEN**
**PURSUANT TO 11 U.S.C. § 546(b)(2)**

**COMES NOW** Walton Construction Company, L.L.C. ("WCC"), by and through counsel, and hereby submits its notice of continued perfection pursuant to 11 U.S.C. § 546(b)(2). For its notice, WCC states as follows:

1. WCC is a creditor of the Debtor, Trilogy Development Company, L.L.C. for work completed respecting the following described real estate:

    Parcel 1:
    All that part of Lots 1, 2, and 3, THE WEST EDGE, a subdivision in Kansas City, Jackson County, Missouri, formerly described as Lots 17-23 and Lots 26-28, Block 4, PARK MANOR RESURVEY OF LOTS 1 TO 5 AND 7 TO 16, BLOCK 4, a subdivision in Kansas City, Jackson County, Missouri.

    Parcel 2:
    All that part of Lots 1, 2 and 3, THE WEST EDGE, a subdivision in Kansas City, Jackson County, Missouri, formerly described as Lots 24 and 25, Block 4, PARK MANOR RESURVEY OF LOTS 1 TO 5 AND 7 TO 16, BLOCK 4, a subdivision in Kansas City, Jackson County, Missouri.
    (hereinafter collectively "Real Property")

2. Debtor is the owner of the above-described Real Property and Project located thereon.

3. On or about July 6, 2009, WCC filed its Statement of Mechanic's Lien of record in the Circuit Court of Jackson County, Missouri, as Mechanic's Lien No. MC0117.

4. Under the laws of the State of Missouri, WCC has a valid and perfected Mechanic's Lien on the Real Property described in Paragraph 1 hereof.  WCC must ordinarily commence an action to foreclose its Mechanic's Lien in the Real Property within six (6) months after the Mechanic's Lien is filed.  Thus, a suit to enforce the Mechanic's Lien must ordinarily be commenced by January 9, 2010.

5. The Debtor, as the owner of the Real Property and Project, is a necessary party to the action to enforce the Mechanic's Lien against the Real Property under Missouri law.  However, the automatic stay provisions of Section 362(a) of the Bankruptcy Code applicable to the Debtor prevent WCC from commencing such action although the time for WCC to commence such action is extended under Missouri law.  As a result, WCC submits this notice of continued perfection pursuant to 11 U.S.C. § 546(b)(2) of its Mechanic's Lien against the Real Property described herein and hereby declares that its Mechanic's Lien against the Real Property continues to be perfected, and will continue to exist and be perfected after January 9, 2010.

*Respectfully submitted,*

*/s/  Janice E. Stanton*
Janice E. Stanton           MO #34055
STANTON & REDLINGSHAFER, L.L.C.
104 West 9th Street, Suite 303
Kansas City, Missouri  64105
(816) 421-7770 (Telephone)
(816) 421-7773 (Facsimile)
Email:  janice.stanton@sbcglobal.net

ATTORNEYS FOR WALTON
CONSTRUCTION COMPANY, L.L.C.

## CERTIFICATE OF SERVICE

      I hereby certify that on the 27th day of August, 2009, I electronically filed this Notice of Continued Perfection of Mechanic's Lien with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to those parties designated with the Court to receive notification electronically,

and to the following reflected on the Court's manual notice list by United States mail, via first-class postage prepaid:

Peter C. Blain
1000 North Water Street
Post Office Box 2965
Milwaukee, Wisconsin  53202

                                                                     */s/  Janice E. Stanton*
                                                                       Janice E. Stanton         MO #34055