IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN RE: | ) |
| | ) |
| TRILOGY DEVELOPMENT COMPANY, LLC, | ) Case No: 09-42219 |
| | ) Chapter 11 |
| | ) |
| Debtor. | ) |

## NOTICE OF AUCTION RESULTS

COMES NOW Debtor Trilogy Development Company, LLC, by and through undersigned counsel, and hereby gives Notice of the outcome of the auction of Debtor's property as follows:

1. Debtor conducted the auction for the sale of its principal asset on August 26, 2010 (the "Auction") pursuant to the August 11, 2010 Order (the "Order") of this Court and the attached Revised Auction and Bid Procedures (the "Procedures"). All five parties submitting a bid by the deadline of August 24, 2010 participated in the Auction.

2. The Winning Bid (as defined in the Procedures) was submitted by WERC, LLC ("WERC") with a bid of $10,000,000. The Back-up Bid (as defined in the Procedures) was submitted by VA West Properties, LLC ("VA West") with a bid of $9,500,000.

3. Pursuant to the Order, Debtor gives notice of the designation of WERC as the proposed buyer and VA West as the back-up buyer.

Respectfully submitted,

MCDOWELL RICE SMITH & BUCHANAN

/s/ Jonathan A. Margolies
Jonathan A. Margolies        MO #30770
605 W. 47th Street, Suite 350
Kansas City, MO  64112
Telephone:    (816) 753-5400
Facsimile:    (816) 753-9996
Email:        jmargolies@mcdowellrice.com
ATTORNEYS FOR DEBTOR